IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>GUSTAVO ARMENTA TRUJILLO,<br><br>                      Defendant. | 4:13CR3016<br><br>**ORDER** |

       This matter comes on before the Court upon the United States' Motion to Withdraw its Motion for Preliminary Order of Forfeiture.

       IT IS THEREFORE ORDERED as follows:

       The United States' Motion to Withdraw Motion for Preliminary Order of Forfeiture (filing no. 34) is hereby sustained. The motion for preliminary forfeiture (filing no. 30) is withdrawn.

       ORDERED this 8th day of May, 2013.

                                                  **BY THE COURT:**

                                                  s/Richard G. Kopf
                                                  **RICHARD G. KOPF, Senior Judge**
                                                  **United States District Court**