IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:13CR3016 |
| V. | ) | |
| GUSTAVO ARMENTA TRUJILLO, | ) | ORDER |
| Defendant. | ) | |

Mr. Trujillo has filed a motion (filing no. 59). In conformity with General Order No. 2015-03,

IT IS ORDERED that:

(1) The Federal Public Defender or one of his delegates under the Criminal Justice Act is herewith appointed to represent Mr. Trujillo.

(2) The lawyer who is herewith appointed shall promptly enter his or her appearance.

(3) Appointed counsel for Mr. Trujillo shall file an amended motion and brief on or before June 15, 2016. The government shall file its answer and responsive brief by July 15, 2016.

DATED this 15th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge