# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:13CR3016 |
| V. | ) | |
| GUSTAVO ARMENTA TRUJILLO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the Assistant Federal Public Defender Jeffrey L. Thomas's and the Office of the Federal Public Defender's motion to withdraw (filing no. 63) is granted.

DATED this 19th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge